IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| APRIL McDANIEL<br>　　　Plaintiff, | : | |
| v. | : | CIVIL ACTION<br>NO. 10-3603 |
| CREDIT COUNSELING<br>CONSULTANTS, INC.; and<br>GREGORY M. GROOKET,<br>　　　Defendants. | : | |

## **ORDER**

AND NOW, this 28th day of February, 2011, upon consideration of Plaintiff's unopposed Motion to Enter Default Judgment (Doc. No. 9) and in accordance with 15 U.S.C. §1679g(a)(1) & (3), it is hereby ORDERED that JUDGMENT is entered in favor of Plaintiff and against Defendants in the amount of Seven Hundred and Fifty Dollars ($750.00), plus Plaintiff's counsel's reasonable fees and costs. It is further ORDERED that Plaintiff's counsel shall file a fee petition within thirty (30) days of entry of this Order.

BY THE COURT:


/s/ C. Darnell Jones, II    J.